**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

EUGENIA DERDEN,

        Plaintiff - Appellant,

  v.

MARICOPA COUNTY JUVENILE
COURT,

        Defendant - Appellee.

No. 08-16585

D.C. No. 2:07-cv-01499-ROS

MEMORANDUM[*]

Appeal from the United States District Court
for the District of Arizona
Roslyn O. Silver, District Judge, Presiding

Submitted March 9, 2010 [**]

Before: FARRIS, LEAVY, and BYBEE, Circuit Judges.

    Eugenia Derden appeals pro se from the district court's June 16, 2008 order

which denied Derden's "motion for a stay," and directed Derden to comply with

the court's April 4, 2008 order. The district court did not abuse its discretion in

---

    [*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

    [**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

denying Derden's motion for a stay where in its April 4, 2008 order the district court: noted that Derden failed to comply with its prior order to file an amended complaint identifying the basis for federal jurisdiction; noted that the case was dismissed without prejudice to her filing a new complaint in a separate action; and ordered that Derden not file any further documents in the case.

Derden's request for appointment of counsel is denied.

**AFFIRMED.**